IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SOMBAT RICK PUMYETHP,

    Petitioner,                             No. CIV S-06-1154 GEB DAD P

    vs.

BILL LOCKYER,

    Respondent.                           ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the $5.00 filing fee.

        Courts in the district of conviction and in the district of confinement have concurrent jurisdiction over an application for a writ of habeas corpus filed by a state prisoner. 28 U.S.C. § 2241(d). In the present case, petitioner is confined in the Fenner Canyon Conservation Camp in Los Angeles County. Petitioner is attacking a judgment of conviction entered in the San Bernardino County Superior Court on October 25, 2004. The judicial district for the Central District of California includes both Los Angeles County and San Bernardino County. See 28 U.S.C. § 84(c).

        Because petitioner was not convicted in the Eastern District of California and is not confined in the Eastern District of California, this court cannot entertain his habeas petition.

1  The district court in which a case has been wrongly filed may, if it is in the interest of justice,
2  transfer the case to any district in which the case could have been brought.  28 U.S.C. § 1406(a).
3       In the furtherance of justice, IT IS HEREBY ORDERED that this case is
4  transferred to the United States District Court for the Central District of California.
5  DATED: June 5, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
pumy1154.108b

2